**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                                  Case No.8:23-bk-05934-CPM
                                                                                         Chapter 13
Eric Jon Curtis

    Debtor.
_____/

**TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO COMPLY**
**AND RESCHEDULING §341 MEETING OF CREDITORS VIA ZOOM**

    COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, hereby moves for the entry of an Order of Dismissal and in support thereof would state as follows:

    1.    The Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on December 30, 2023.

    2.    A §341 Meeting of Creditors was scheduled on January 30, 2024 pursuant to the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines, a copy of which the Clerk of the Bankruptcy Court mailed to all parties in interest on or about January 4, 2024.  The Debtor and Debtor's attorney, appeared at the aforementioned §341 Meeting of Creditors but failed to provide at least seven (7) days before the initial Meeting of Creditors the Chapter 13 Trustee with copies of all pay stubs, advices, or documentation of income sources (Payment Advices) for the six month period ending on the last day of the month preceding the month of the petition date.

    **3.    The Trustee hereby notifies the Debtor that the Rescheduled §341 Meeting of Creditors will be held via Zoom on March 19, 2024 at 10:00 a.m., Trustee Jon M. Waage will hold the meeting via Zoom. Go to Zoom.us/join, enter meeting ID 578 762 2687, and pass code 6348227471.**

4.  In the event the Debtor fails to attend the rescheduled §341 Meeting of Creditors and fails to provide at least seven (7) days before the rescheduled Meeting of Creditors the Chapter 13 Trustee with copies of all pay stubs, advices, or documentation of income sources (Payment Advices) for the six month period ending on the last day of the month preceding the month of the petition date, the Trustee would submit to the Court an Order dismissing the above styled Chapter 13 case.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal for the above-styled Chapter 13 case, together with such other and further relief as the Court deems just and proper.

/s/ Kimberly McIntyre
Kimberly McIntyre, Esquire
Florida Bar Number 14123
Staff Attorney for Chapter 13 Trustee
P.O. Box 25001
Bradenton, Florida 34206
Phone:  (941) 747-4644
Fax:    (941) 750-9266

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically by CM/ECF services and/or by U.S. Mail to **Eric Jon Curtis**, 51 Main Street Box 5, Dunedin Florida 34698 and **Buddy D. Ford, Esquire**, 9301 West Hillsborough Avenue, Tampa, Florida 33615-3008 this 8th day of February 2024.

/s/ Kimberly McIntyre
Kimberly McIntyre, Esquire

JMW/KM/br