

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/21/2024 01:30 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:23-bk-05934-CPM** | 13 | **12/30/2023** |

**Chapter 13**

**DEBTOR:**   Eric Curtis

**DEBTOR ATTY:**   Buddy Ford

**TRUSTEE:**   Jon Waage

**HEARING:**

1. Confirmation Hearing
2. Objection to Confirmation of Chapter 13 Plan Filed by Harry J Ross on behalf of Creditor J&B Dock and Boat Lift LLC (related document(s)[4]). (Ross, Harry) Doc #12
3. Objection to Confirmation of the Debtor's Chapter 13 Plan Filed by G Steven Fender on behalf of Creditor Acme Builders, Inc. d/b/a Acme Seawalls (related document(s)[4]). (Fender, G) Doc #14
.

**APPEARANCES::**
AAPPEARANCES: via zoom:   Kimberly McIntyre, Harry Ross


**RULING:**
1. Initial Confirmation Hearing

  ...Continued in open court to 5/29/2024 at 1:35 p.m. - no further notice will be given..

  [ for remote aAPPEARANCES:, please refer to Judge McEwen's webpage at
https://www.flmb.uscourts.gov/judges/tampa/mcewen/Judge_McEwen_Hearing_Procedures.pdf ]


2. Objection to Confirmation of Chapter 13 Plan Filed by Harry J Ross on behalf of Creditor J&B Dock and Boat Lift LLC (related document(s)[4]). (Ross, Harry) Doc #12


3. Objection to Confirmation of the Debtor's Chapter 13 Plan Filed by G Steven Fender on behalf of Creditor Acme Builders, Inc. d/b/a Acme Seawalls (related document(s)[4]). (Fender, G) Doc #14

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.