**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**ERIC JON CURTIS,**                                          Case No.: 8:23-bk-05934-CPM

                                                                                                                          Chapter 13

       **Debtor.**
_____/

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602 and serve a copy on the movant's attorney, Anthone R. Damianakis, Esquire, Peacock, Gaffney & Damianakis, P.A., 2348 Sunset Point Road, Clearwater, FL 33765, and John Waage, Trustee, P.O. Box 25001, Bradenton, FL 34206, and U.S. Trustee, 501 E. Polk St., Tampa, FL 33602, and any other appropriate persons within the time allowed.

If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested on the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Poseidon Property Investments, Inc., ("Poseidon"), a creditor, moves this Court to enter an Order granting Poseidon relief from the automatic stay pursuant to 11 U.S.C. Section 362 to process a writ of possession and in support, states:

1. The debtor filed a petition under Chapter 13 of the Bankruptcy Code on December 30, 2023. (Doc # 4)

00386463-1

2. The Bankruptcy Court has jurisdiction over these proceedings pursuant to 11 U.S.C. Section 362(d) and Bankruptcy Rule 4001(a).

3. Poseidon is a landlord, and the debtor is a tenant, at the location 624-B Pinellas Street, Clearwater, Florida 33756.

4. Debtor has failed to pay the rent since the filing of the case ( and prior as well). The landlord Poseidon filed an eviction action to regain possession of the leased premises, in the Sixth Judicial Circuit, Pinellas County Case Number 24-001768-CO, but the eviction has been stayed due to the automatic stay of 11 U.S.C. Section 362.

5. Pursuant the Administrative Order prescribing procedures for Chapter 13 Cases filed on or After December 4, 2023, the Debtor is required ***to include Plan payments*** in its proposed Chapter 13 plan equal to *the regular monthly contractual payment*. The Debtor has failed to do so.

6. Also, the plan must provide for prepetition arrearages, and prompt cure of arrearages. 6(c). The Plan fails to do so.

7. In fact, the Plan fails to even mention the leased premises as an assumed executory lease.

8. It is respectfully submitted, that since Debtor has failed to include any such payment plan, rent payments or assumption of the lease, he is no longer eligible for protection under the automatic stay.

9. Furthermore, the Administrative Order provides in paragraph 9 that the Plan must provide for the assumption or rejection of executory contracts and unexpired leases, and the prompt cure of the arrears with respect to any lease.

10. The Debtor Plan fails to do so.

11. For the foregoing reasons, it is respectfully requested that the movant Poseidon be granted relief from the automatic stay.

Dated: <u>April 16, 2024.</u>

        Respectfully submitted by,

        PEACOCK, GAFFNEY & DAMIANAKIS, P.A.

        <u>/s/ Anthone R. Damianakis</u>
        **ANTHONE R. DAMIANAKIS, ESQUIRE**
        PEACOCK, GAFFNEY & DAMIANAKIS, P.A.
        FBN102740
        2348 Sunset Point Road
        Clearwater, FL 33765
        (727) 796-7774
        *tony@pgdlaw.net*
        *lisa@pgdlaw.net*
        Attorney for Poseidon Property Investments Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF transmission on all parties currently on the list to receive e-mail notice/service for this case, on this 16th day of April, 2024.

        <u>/s/ Anthone R. Damianakis</u>
        **ANTHONE R. DAMIANAKIS, ESQUIRE**
        PEACOCK, GAFFNEY & DAMIANAKIS, P.A.
        FBN102740
        2348 Sunset Point Road
        Clearwater, FL 33765
        (727) 796-7774
        *tony@pgdlaw.net; lisa@pgdlaw.net*
        Attorney for Poseidon Property Investments Inc.