UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*
www.flmb.uscourts.gov

In re:                                                                                                    Chapter 13

ERIC JON CURTIS,                                                             Case No.: 8:23-bk-05934-CPM

_____Debtor_____/

## SUPPLEMENTAL STATEMENT OF DISCLOSURE PURSUANT TO RULE 2016(b)

**COMES NOW** BUDDY D. FORD, P.A., hereby files this Supplemental Statement of Disclosure Pursuant to Bankruptcy Rule 2016(b) of Funds paid. The Funds paid to the law firm of Buddy D. Ford, P.A., as counsel for the Debtor as Defendant in adversary proceeding 8:24-ap-00019-CPM is as follows:

a. On or about January 30, 2024, a payment by MasterCard in the amount of $1,000.00 was received from Curtis Marine Solutions, LLC on behalf of the Debtor, paid to Buddy D. Ford, P.A.; and

b. On or about February 23, 2024, a payment by MasterCard in the amount of $1,000.00 was received from Curtis Marine Solutions, LLC on behalf of the Debtor, paid to Buddy D. Ford, P.A.

Copies of the LawPay payment confirmations are attached hereto as **Composite Exhibit "A."**

**I HEREBY CERTIFY** that on this _21st_ day of May, 2024, a true and correct copy of the foregoing has been furnished by electronic mail upon all currently registered users in this case, and by U.S. Regular Mail to:

Eric Jon Curtis, 51 Main Street Box 5, Dunedin, FL 34698

Respectfully submitted,

BUDDY D. FORD, P.A.,

/s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
9301 W. Hillsborough Avenue
Tampa, Florida 33615-3008
Telephone: (813) 877-4669
Facsimile: (813) 877-5543
Office Email: *All@tampaesq.com*
Attorney for Debtor



## Payment Receipt $1,000.00

**Buddy D Ford PA**
9301 West Hillsborough Avenue
Tampa, Florida 33615
(813) 877-4669

**Account Holder**
Curtis Marine Solutions, LLC
614 Pinellas St., Unit A
Clearwater, Florida 33756

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Operating | **Amount Paid:** | $1,000.00 |
| **Reference:** | Curtis, Eric | **Payment Method:** | MasterCard |
| | | **Card Number:** | ************9433 |
| | | **Entry Mode:** | Manual |
| | | **Auth Code:** | 066693 |
| | | **Payment Date:** | January 30, 2024 10:52 am |
| | | **Transaction Id:** | 101040556 |

---

Signature

By signing above, I confirm that I am an authorized user of the card being used for this transaction and understand and agree to the terms and conditions of this payment. I also agree to pay, and specifically authorize to charge my credit card for the services provided. I further agree that in the event my credit card becomes invalid, I will provide a new valid credit card upon request, to be charged for the payment of any outstanding balances owed.


POWERED BY
LawPay

www.tampaesq.com
staci@tampaesq.com


EXHIBIT
COMPOSITE
"A"

staci@tampaesq.com

| | |
|---|---|
| **From:** | receipts@lawpay.com |
| **Sent:** | Friday, February 23, 2024 8:13 AM |
| **To:** | staci@tampaesq.com |
| **Subject:** | Received Web Payment from Eric Jon Curtis for $1,000.00 |



Buddy D Ford PA
9301 West Hillsborough Avenue
Tampa, Florida 33615
(813) 877-4669
staci@tampaesq.com

## Payment Receipt $1,000.00

**Account Holder**
Eric Jon Curtis
614 Pinellas Street
Unit A
Clearwater, 33756
curtismarine@yahoo.com

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Operating | **Amount Paid:** | $1,000.00 |
| **Reference:** | Payment for Adversary | **Payment Method:** | MasterCard |
| | | **Auth Code:** | 040940 |
| | | **Card Number:** | ************9433 |
| | | **Payment Date:** | February 23, 2024 08:12 am |
| | | **Transaction Id:** | 102808568 |



www.lawpay.com
support@lawpay.com

1